## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRIAN S. BRETZING** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:25-cv-305-HSO-BWR** |
| | § | |
| | § | |
| **HARRISON COUNTY PUBLIC** | § | |
| **LIBRARY SYSTEMS, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order granting Defendants Harrison County Public Library System, Sarah Crisler-Ruskey, Kelly Derouen, and the Harrison County Library Public Board of Director's Motions [9], [22] to Dismiss entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of July, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE